O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3104 AHM (AGRx) | Date | July 15, 2009 |
|---|---|---|---|
| Title | SAUL JUAREZ v. WELLS FARGO BANK, N.A., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In yesterday's minute order regarding Defendant's motion to dismiss, the Court inadvertently omitted the deadline for the filing of any first amended complaint. Plaintiff shall file a first amended complaint, if any, by not later than July 29, 2009. Failure to do so will result in dismissal of the action.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |