O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3104-AHM (MANx) | Date | January 19, 2010 |
|---|---|---|---|
| Title | SAUL JUAREZ v. WELLS FARGO BANK, N.A., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)


The Court notifies the parties that Timothy Thurman has withdrawn from the State Bar. Defendants are ORDERED to serve this notice, as well as the Court's Order to Show Cause re Dismissal for Lack of Prosecution (Docket No. 28) on Plaintiff at his last known address.

                                                                                  :
                                             Initials of Preparer   se